B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meek, Glen A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Patridge, Shawna Marie** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5143** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2030 Park Way N**<br>**Las Vegas, NV**<br>ZIP Code **89106** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2030 Park Way N**<br>**Las Vegas, NV**<br>ZIP Code **89106** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Meek, Glen A** <br> **Patridge, Shawna Marie** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| :--- | :--- | :--- |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| :--- | :--- | :--- |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| :--- | :--- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ E. Robert Spear                          July 31, 2009** <br> Signature of Attorney for Debtor(s)            (Date) <br> **E. Robert Spear** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Meek, Glen A<br>Patridge, Shawna Marie |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Glen A Meek**
Signature of Debtor  **Glen A Meek**

**X /s/ Shawna Marie Patridge**
Signature of Joint Debtor  **Shawna Marie Patridge**

Telephone Number (If not represented by attorney)

**July 31, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ E. Robert Spear**
Signature of Attorney for Debtor(s)

**E. Robert Spear 8672**
Printed Name of Attorney for Debtor(s)

**E. Robert Spear, PC**
Firm Name

**818 Gass Avenue**
**Las Vegas, NV 89101**

Address

**rspear@spearlegal.com , assistant @spearlegal.com**
**702-750-0571  Fax: 702-750-0572**
Telephone Number

**July 31, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re **Glen A Meek**
**Shawna Marie Patridge**
_____
Debtor(s)

Case No. _____
Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Glen A Meek**
                       **Glen A Meek**

Date:    **July 31, 2009**

B 1D (Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Glen A Meek**
**Shawna Marie Patridge**
_____
Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Shawna Marie Patridge**
                       **Shawna Marie Patridge**

Date:   **July 31, 2009**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re  **Glen A Meek**
      **Shawna Marie Patridge**
                        Debtor(s)

Case No.
Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Acs/Dept Of Ed**<br>**501 Bleecker St**<br>**Utica, NY 13501** | **Acs/Dept Of Ed**<br>**501 Bleecker St**<br>**Utica, NY 13501** | **Employment** | | **9,500.00** |
| **Acs/Wachovia**<br>**501 Bleecker St**<br>**Utica, NY 13501** | **Acs/Wachovia**<br>**501 Bleecker St**<br>**Utica, NY 13501** | **Employment** | | **4,774.00** |
| **BAC Home Loans Servicing, LP/Ctrywd**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **BAC Home Loans Servicing, LP/Ctrywd**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **2030 Park Way North  Las Vegas, NV  89106** | | **88,073.00**<br>**(283,500.00 secured)**<br>**(359,721.00 senior lien)** |
| **BAC Home Loans Servicing, LP/Ctrywd**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **BAC Home Loans Servicing, LP/Ctrywd**<br>**450 American Street**<br>**Simi Valley, CA 93065** | **2030 Park Way North  Las Vegas, NV  89106** | | **359,721.00**<br><br>**(283,500.00 secured)** |
| **Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE 19884** | **Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE 19884** | **CheckCreditOrLineOfCredit** | | **34,611.00** |
| **Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | **Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | **CreditCard** | | **542.00** |
| **Bank of the West**<br>**1450 Treat Boulevard**<br>**Walnut Creek, CA 94597** | **Bank of the West**<br>**1450 Treat Boulevard**<br>**Walnut Creek, CA 94597** | **2007 Volkswagen GTI** | | **21,560.00**<br><br>**(0.00 secured)** |
| **Benchmark Association**<br>**1515 E. Tropicana Ave #350**<br>**Las Vegas, NV 89110** | **Benchmark Association**<br>**1515 E. Tropicana Ave #350**<br>**Las Vegas, NV 89110** | | | **1,000.00** |
| **Capital One, N.A.**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222** | **Capital One, N.A.**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222** | **Unsecured** | | **17,114.00** |
| **Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | **Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | **CreditCard** | | **5,263.00** |
| **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | **CreditCard** | | **1,008.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Glen A Meek**
       **Shawna Marie Patridge**                                       Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | CreditCard | | 9,133.00 |
| Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130 | Discover Personal Loan<br>Po Box 30954<br>Salt Lake City, UT 84130 | Unsecured | | 21,675.00 |
| Gemb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998 | Gemb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998 | ChargeAccount | | 1,236.00 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | ChargeAccount | | 551.00 |
| National Default Servicing Corp.<br>2525 E. Camelback Rd Ste 200<br>Phoenix, AZ 85016 | National Default Servicing Corp.<br>2525 E. Camelback Rd Ste 200<br>Phoenix, AZ 85016 | | | 12,302.37 |
| Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | Employment | | 3,852.00 |
| Sams Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | Sams Club<br>PO Box 530942<br>Atlanta, GA 30353-0942 | | | 1,322.52 |
| US Bank<br>PO Box 5227<br>Cincinnati, OH 45201 | US Bank<br>PO Box 5227<br>Cincinnati, OH 45201 | 2008 Chevy Malibu | | 20,427.00<br><br>(0.00 secured) |
| Wachovia/Acs<br>501 Bleecker St<br>Utica, NY 13501 | Wachovia/Acs<br>501 Bleecker St<br>Utica, NY 13501 | Employment | | 7,603.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Glen A Meek**
**Shawna Marie Patridge**                                              Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Glen A Meek** and **Shawna Marie Patridge**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **July 31, 2009**                    Signature  **/s/ Glen A Meek**
                                                      **Glen A Meek**
                                                      Debtor

Date  **July 31, 2009**                    Signature  **/s/ Shawna Marie Patridge**
                                                      **Shawna Marie Patridge**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                          18 U.S.C. §§  152 and 3571.

**United States Bankruptcy Court**
**District of Nevada**

In re: **Glen A Meek**
**Shawna Marie Patridge**
Debtor(s)

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................. $ **0.00**
   Prior to the filing of this statement I have received ..................................... $ **0.00**
   Balance Due ................................................................................................ $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **July 31, 2009**

**/s/ E. Robert Spear**
**E. Robert Spear**
**E. Robert Spear, PC**
**818 Gass Avenue**
**Las Vegas, NV 89101**
**702-750-0571  Fax: 702-750-0572**
**rspear@spearlegal.com , assistant @spearlegal.com**

```
Glen A Meek
Shawna Marie Patridge
2030 Park Way N
Las Vegas, NV 89106

E. Robert Spear
E. Robert Spear, PC
818 Gass Avenue
Las Vegas, NV 89101

Acs/Dept Of Ed
Acct No xxxxxx1431
501 Bleecker St
Utica, NY 13501

Acs/Wachovia
Acct No xxxxxx1433
501 Bleecker St
Utica, NY 13501

America's Servicing Company
Acct No xxxxxx8880
PO Box  60768
Los Angeles, CA 90060-0768

Amex
Acct No xxxxxxxxxxxx9683
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Acct No -xxxxxxxxxxxxxx7952
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Amex
Acct No -xxxxxxxxxxxx9443
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

Bac Home Lns Lp/Ctrywd
Acct No xx8918
450 American St
Simi Valley, CA 93065

BAC Home Loans Servicing, LP/Ctrywd
Acct No xxxxx8553
450 American Street
Simi Valley, CA 93065

BAC Home Loans Servicing, LP/Ctrywd
Acct No xxxxx8545
450 American Street
Simi Valley, CA 93065
```

Bank of America
Acct No xxxxxxxxxxxx0880
PO Box 851001
Dallas, TX 75285-1001

Bank Of America
Acct No 71
Pob 17054
Wilmington, DE 19884

Bank Of America
Acct No 0884
Po Box 1598
Norfolk, VA 23501

Bank Of America
Acct No 2228
Po Box 1598
Norfolk, VA 23501

Bank Of America
Acct No xxxxxxxxxxxx6459
Po Box 84006
Columbus, GA 31908

Bank Of America
Acct No 5734
Po Box 1598
Norfolk, VA 23501

Bank of the West
Acct No xxxxx8276
1450 Treat Boulevard
Walnut Creek, CA 94597

Benchmark Association
1515 E. Tropicana Ave #350
Las Vegas, NV 89110

Cap One
Acct No xxxxxxxx0914
Po Box 85520
Richmond, VA 23285

Capital One, N.A.
Acct No xxxxxxx3005
2730 Liberty Ave
Pittsburgh, PA 15222

Chase
Acct No xxxxxxx2000
800 Brooksedge Blvd
Westerville, OH 43081

```
Chase
Acct No xxxxxx9194
Bank One Card Serv
Westerville, OH 43081

Cit Bank/Dfs
Acct No xxxxxxxxxxxxx2934
12234 N Ih 35 Sb Bldg B
Austin, TX 78753

Citi
Acct No xxxxxxxx7582
Po Box 6241
Sioux Falls, SD 57117

Citi
Acct No xxxxxxxx1365
Po Box 6241
Sioux Falls, SD 57117

Citimortgage Inc.
Acct No xxxxx5327
PO Box 9438
Gaithersburg, MD 20898

Discover Fin Svcs Llc
Acct No xxxxxxxx2067
Po Box 15316
Wilmington, DE 19850

Discover Personal Loan
Acct No xxxxxxxx2256
Po Box 30954
Salt Lake City, UT 84130

Fnanb Visa
Acct No xxxxxxxx1888
201 N Walnut St # De1-10
Wilmington, DE 19801

Gemb/Chevron
Acct No xxxxxxxxx0805
4125 Windward Plz
Alpharetta, GA 30005

Gemb/Sams Club
Acct No xxxxxxxx9915
Po Box 981400
El Paso, TX 79998

Gemb/Sams Club
Acct No xxxxxxxx9915
Po Box 981400
El Paso, TX 79998
```

```
Gmac Mortgage
Acct No xxxxx0575
Po Box 4622
Waterloo, IA 50704

Hfc
Acct No xxxx9771
Po Box 1547
Chesapeake, VA 23327

Hfc - Usa
Acct No xxxxxx2610
Pob 1547
Chesapeake, VA 23327

Hsbc Bank
Acct No xxxxxxxx0733
Po Box 5253
Carol Stream, IL 60197

Hsbc/Bsbuy
Acct No xx0105
Po Box 15519
Wilmington, DE 19850

Hsbc/Bsbuy
Acct No xx0356
Po Box 15519
Wilmington, DE 19850

Hsbc/Bstby
Acct No xxxxxx-xxxxxx6986
1405 Foulk Road
Wilmington, DE 19808

Hsbc/Cosco
Acct No xxxxxx-xxxxxx9617
Cost  1405 Faulk Rd
Wilmington, DE 19808

Hsbc/Costc
Acct No xx8001
Po Box 15524
Wilmington, DE 19850

Journal Crun
Acct No xxxxxxxxxxxx8658
918 N 4th Street
Milwaukee, WI 53201

Kohls/Chase
Acct No xxxxxxxx2152
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051
```

```
Mcydsnb
Acct No xxxxxxxx0820
9111 Duke Blvd
Mason, OH 45040

Mcydsnb
Acct No xxxxxxxx0120
9111 Duke Blvd
Mason, OH 45040

National Default Servicing Corp.
Acct No xx-x3881-ASR-NV
2525 E. Camelback Rd  Ste 200
Phoenix, AZ 85016

Pnc Mortgage Servicing
Acct No xxxxxxxx6551
Po Box 37560
Louisville, KY 40233

Rc Willey Home Furn
Acct No xxxxxx8913
2301 S 300 W
Salt Lake City, UT 84115

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0908
1002 Arthur Dr
Lynn Haven, FL 32444

Sams Club
Acct No xxxxxxxxxxx8870
PO Box 530942
Atlanta, GA 30353-0942

Target Nb
Acct No xxxxxxx2227
Po Box 673
Minneapolis, MN 55440

Thd/Cbsd
Acct No xxxxxxxxxxxx1459
Po Box 6497
Sioux Falls, SD 57117

Tnb - Target
Acct No x7103
Po Box 673
Minneapolis, MN 55440

US Bank
Acct No xxxxx2587
PO Box 5227
Cincinnati, OH 45201
```

```
Visdsnb
Acct No xxxxxxxxxxxx7841
9111 Duke Blvd
Mason, OH 45040

Wachovia Education Fin
Acct No xxxx6215
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx3947
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx3950
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx4105
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx3221
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx3234
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx3247
Po Box 13667
Sacramento, CA 95853

Wachovia Education Fin
Acct No xxxx3250
Po Box 13667
Sacramento, CA 95853

Wachovia/Acs
Acct No xxxxxx1432
501 Bleecker St
Utica, NY 13501

Wells Fargo Bank
Acct No xxxxxx0102
Po Box 5445
Portland, OR 97228
```