IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: | |
| GLEN A. MEEK AND SHAWNA MARIE PATRIDGE | CASE NO. 09-23767<br>CHAPTER 11<br>JUDGE LINDA B. RIEGLE |

### REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter.  Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ John D. Schlotter
_____
John D. Schlotter, Esq. Georgia Bar No. 629456
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/866-761-0279 Fax

*Authorized Agent for America's Servicing Company*

File Number ASC-09-18950 /
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE:<br><br>GLEN A. MEEK AND SHAWNA MARIE PATRIDGE | CASE NO. 09-23767<br>CHAPTER 11<br>JUDGE LINDA B. RIEGLE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 16th day of September, 2009.

Debtor's Attorney

Robert Spear, Esq.
818 Gass Avenue
Las Vegas, NV  89101

                                      Respectfully submitted,
                                      McCALLA RAYMER, LLC

                                      /s/ John D. Schlotter
                                      _____
                                      John D. Schlotter, Esq. Georgia Bar No. 629456
                                      1544 Old Alabama Road
                                      Roswell, Georgia  30076-2102

770-643-7200/866-761-0279 Fax

File Number ASC-09-18950 /
Request for Service of Notice