E. Robert Spear
REMMEL & SPEAR, LLP
7456 West Sahara Avenue Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 750-0571
Facsimile: (702) 750-0572
email: rspear@remmelspear.com

E-filed on January 28, 2010

*Attorney for debtors*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

In re GLEN MEEK and SHAWNA PARTRIDGE,

Debtor.

Case No.: 09-23767-lbr
Chapter 11

Date: n/a

Time: n/a

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

A separate notice must be filed in each case and proceeding.
Filing this form does not satisfy the attorney's responsibility to update the ECF System or to obtain orders for substitution.

E. Robert Spear, hereby gives notice of the following change of mailing address, email address, or both:

**A.    CHANGE OF MAILING ADDRESS**

Old mailing address: 818 Gass Avenue Las Vegas, Nevada 89101

New mailing address: 7456 West Sahara Avenue Suite 101 Las Vegas, Nevada 89117

Date of the change: January 4, 2010

/ / /

/ / /

/ / /

/ / /

/ / /

**B.    CHANGE OF EMAIL ADDRESS**

Old email address: rspear@spearlegal.com

New email address: rspear@remmelspear.com

Date of the change: January 4, 2010

    Dated this  28th   day of January, 2010.

                                                           /s/ E. Robert Spear
                                                      E. Robert Spear
REMMEL & SPEAR, LLP
7456 West Sahara Avenue Suite 101
Las Vegas, Nevada 89117

*Attorney for debtors*